JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Estrada<br><br>                    Plaintiff,<br><br>v.<br><br>Jorge Torres et al<br><br>                    Defendants. | Case No.  CV 17-05546-AB (Ex)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **_30_ days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 6, 2017      _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE